UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chamber of Commerce of the United States of America, et al.<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br><br>Defendant | Case No.: 15-cv-00009 ABJ |

## AFFIDAVIT OF SERVICE

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 07, 2015 at 12:21 PM, I served National Labor Relations Board with the Summons, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Complaint at 1099 14th Street, NW, Washington DC 20570-0001 by serving Michael Deveaux, Mailroom Supervisor, authorized to accept.

Michael Deveaux is described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Glasses: Yes   Age: 55   Height: 5'10"   Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

1/8/15
Executed on:

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050