UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chamber of Commerce of the United States of America, et al.<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 15-cv-9<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 14, 2015 at 2:04 PM, I served Hon. Ronald C. Machen, Jr., United States Attorney for the District of Columbia with the Summons and Complaint at U.S. Attorney's Office, 501 3rd Street, NW Washington DC 20530 by serving Princess Kyle, Docket Clerk, authorized to accept.

Princess Kyle is described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Glasses: Yes   Age: 30   Height: 5'3"   Weight: 240

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 1/16/2015

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050