AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Chamber of Commerce of the United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:15-cv-00009-ABJ |
| National Labor Relations Board | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the National Labor Relations Board                                                           .

Date:   01/21/2015                                         /s/ Dawn L. Goldstein
                                                                            *Attorney's signature*

                                                                Dawn L. Goldstein (MA 600181)
                                                                   *Printed name and bar number*

                                                                  National Labor Relations Board
                                                       Contempt, Compliance, and Special Litigation Branch
                                                                    1099 14th St., NW, Ste 10700
                                                                        Washington, DC 20570
                                                                                *Address*

                                                                    Dawn.Goldstein@nlrb.gov
                                                                           *E-mail address*

                                                                         (202) 273-2936
                                                                        *Telephone number*

                                                                         (202) 273-4244
                                                                           *FAX number*