**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., )<br><br>Plaintiffs,<br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br><br>Defendant. | Case No. 1:15-cv-00009-ABJ<br>Judge Amy Berman Jackson |

**EXHIBIT 1 IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD <br><br> Defendant. | Case No. 1:15-cv-00009-ABJ <br> Judge Amy Berman Jackson |

## PROPOSED ORDER

After considering Plaintiffs' Motion for Summary Judgment, Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment, any Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment, and all other relevant papers and pleadings,

IT IS HEREBY ORDERED that the Motion is GRANTED, summary judgment is entered in favor of Plaintiffs, and the Final Rule of the National Labor Relations Board promulgated at 79 Fed. Reg. 74,308 (December 15, 2014) is hereby DECLARED unlawful and VACATED.

SO ORDERED this ___ day of _____, 2015.

  
Honorable Amy Berman Jackson  
United States District Judge

1:15-cv-00009-ABJ