IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAMBER OF COMMERCE OF THE UNITED )
STATES OF AMERICA, et al., )
)
Plaintiffs, )
v. ) Case No. 1:15-cv-00009-ABJ
) Judge Amy Berman Jackson
NATIONAL LABOR RELATIONS BOARD, )
)
Defendant. )

## CERTIFICATION OF ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, Gary Shinners declares as follows:

1. I am Executive Secretary of the National Labor Relations Board ("NLRB" or "the Board"), a position I have held from April 2013 to the present. In this capacity, I have custody of the official records of the NLRB relating to the rulemaking proceeding at issue in this case.

2. I hereby certify that, to the best of my knowledge, the documents listed in the accompanying Administrative Record Index constitute the administrative rulemaking record pertaining to the promulgation of the rule at issue in the above-captioned case.

I certify under penalty of perjury that the foregoing is true and correct. Executed on the 20th of March, 2015, in the City of Washington, District of Columbia.

Gary Shinners
Executive Secretary
National Labor Relations Board