# Administrative Record Index

### Chamber of Commerce of the United States of America et al., v. NLRB, Case No. 1:15-cv-00009-ABJ (D.D.C)

**Section A.**   Federal Register Notices, Representation—Case Procedures
**Section B.**   Comments
**Section C.**   NLRB Orders, Notices, Filings, Transcripts, and Correspondence
**Section D.**   Jones Day FOIA Requests and Responses
**Section E.**   NLRB Manuals, Forms, Memos, Reports, and Data
**Section F.**   Books, Papers, and Law Review Articles
**Section G.**   Unpublished NLRB Decisions and Orders
**Section H.**   Legislative Materials
**Section I.**   Other Materials

---

**Section A.   Federal Register Notices, Representation – Case Procedures**

| Bates No. | Description |
|---|---|
| 000001 | Notice of Proposed Rulemaking, 76 Fed. Reg. 36812 (June 22, 2011) |
| 000037 | Proposed Rule, Notice of Meeting, 76 Fed. Reg. 37291 (June 27, 2011) |
| 000039 | Proposed Rule, Notice of Meeting, 76 Fed. Reg. 72368 (Nov. 23, 2011) |
| 000041 | Final Rule, 76 Fed. Reg. 80138 (Dec. 22, 2011) |
| 000093 | Final Rule, Separate Concurring and Dissenting Statements, 77 Fed. Reg. 25548 (Apr. 30, 2012) |
| 000122 | Final Rule, 79 Fed. Reg. 3483 (Jan. 22, 2014) |
| 000135 | Notice of Proposed Rulemaking, 79 Fed. Reg. 7318 (Feb. 6, 2014) |
| 000183 | Proposed Rule, Notice of Meeting, 79 Fed. Reg. 10747 (Feb. 26, 2014) |
| 000187 | Final Rule, 79 Fed. Reg. 74308 (Dec. 15, 2014) |

**Section B.   Comments**

| Bates No. | Description |
|---|---|
| 000371 | All Comments Filed in Response to 2011 Notice of Proposed Rulemaking |
| 112096 | All Comments Filed in Response to 2014 Notice of Proposed Rulemaking |

**Section C.     NLRB Orders, Notices, Filings, Transcripts, and Correspondence**

| | |
|---|---|
| 159788 | Part 203, Procedure Under Section 9(c) of the Act for the Investigation and Certification of Representatives, Miscellaneous Amendments, 10 Fed. Reg. 14498 (Nov. 28, 1945) |
| 159791 | Part 202, Statements of Procedure, 12 Fed. Reg. 5651 (Aug. 22, 1947) |
| 159810 | Memorandum from Executive Secretary Lester A. Heltzer re: NLRB Preliminary Plan to Review Significant Regulations (May 23, 2011) |
| 159811 | Letter from Senators Enzi, Hatch and Isakson to Chairman Wilma B. Liebman (June 30, 2011) |
| 159814 | Letter from Executive Secretary Lester A. Heltzer to Senators Enzi, Hatch and Isakson (July 1, 2011) |
| 159816 | Letter from Fred Wszolek, Workforce Fairness Institute, to Executive Secretary Lester A. Heltzer (July 1, 2011) |
| 159819 | U.S. Chamber of Commerce et al.'s Request to Extend Time for Submission of Comments (July 6, 2011) |
| 159825 | Letter from Executive Secretary Lester A. Heltzer to Fred Wszolek, Workforce Fairness Institute (July 7, 2011) |
| 159826 | Order Denying Requests to Postpone Public Meeting  (July 8, 2011) |
| 159827 | Letter from Ilyse Wolens Schuman, Littler Mendelson, to Chairman Wilma B. Liebman (July 15, 2011) |
| 159828 | Schedule of Speakers for Public Meeting on July 18-19, 2011 |
| 159830 | Transcript of Public Meeting, July 18, 2011 |
| 160050 | Transcript of Public Meeting, July 19, 2011 |
| 160268 | Notification of Employee Rights Under the National Labor Relations Act, Final Rule, 76 Fed. Reg. 54006 (Aug. 30, 2011) |
| 160314 | Letter from Member Brian E. Hayes to Rep. John Kline (Nov. 18, 2011) |
| 160318 | Letter from Chairman Mark Gaston Pearce to Member Brian E. Hayes (Nov. 21, 2011) |
| 160328 | Prepared Statement of Chairman Mark Gaston Pearce (Nov. 30, 2011) |
| 160332 | Prepared Statement of Member Craig Becker (Nov. 30, 2011) |
| 160339 | Prepared Statement of Member Brian E. Hayes (Nov. 30, 2011) |
| | Audio Recording of Board Meeting, November 30, 2011* |
| 160348 | Board Resolution No. 2011-1 (adopted Nov. 30, 2011) |
| 160350 | Explanation of Resolution (from NLRB website) |
| 160353 | Order to Publish the Final Rule (Dec. 15, 2011) |
| 160355 | Letter from Chairman Mark Gaston Pearce to Dr. Winslow Sargeant, Small Business Administration (Dec. 16, 2011) |
| 160356 | Submission of Federal Rules under the Congressional Review Act (submitted Dec. 22, 2011) |
| 160359 | Affidavit of Executive Secretary Lester A. Heltzer re: signature nunc pro tunc (Jan. 30, 2012) |
| 160360 | Final Rule Errata Sheet (Feb. 14, 2012) |
| 160361 | Notification of Employee Rights Under the National Labor Relations Act, Final Rule; Court-Ordered Delay of Effective Date, 77 Fed. Reg. 25868 (May 2, 2012) |

| | |
|---|---|
| 160362 | Press Release, "National Labor Relations Board Launches Mobile App" (Aug. 30, 2013) |
| 160363 | Press Release, "The NLRB's Notice Posting Rule" (Jan. 6, 2014) |
| 160365 | Public Meeting:  R-Case Procedures, Panel Topics and Speakers, April 10-11, 2014 |
| 160373 | Transcript of Public Meeting, April 10, 2014 |
| 160767 | Transcript of Public Meeting, April 11, 2014 |
| 161172 | Electronic Filings Guidelines (May 2014) |
| 161175 | Letter from Chairman Mark Gaston Pearce to Dr. Winslow Sargeant, Small Business Administration (Dec. 9, 2014) |
| 161176 | Submission of Federal Rules under the Congressional Review Act (submitted Dec. 15, 2014) |

\*      The NLRB makes an audio recording of all Board meetings, but no written transcript is prepared. The meeting can be viewed online at: https://www.youtube.com/watch?v=ufTuaudMbG4

**Section D.    Jones Day FOIA Requests and Responses**

| Bates No. | Description |
|---|---|
| 161184 | Letter from G. Roger King, Jones Day, under the Freedom of Information Act (July 15, 2011) |
| 161189 | Letter from Jacqueline Young, NLRB Freedom of Information Officer, to G. Roger King, Jones Day (Aug. 1, 2011) |
| 161190 | Letter from John Raudabaugh, Nixon Peabody LLP, under the Freedom of Information Act (Aug. 3, 2011) |
| 161192 | Letter from Maurice Baskin, Venable LLP, under the Freedom of Information Act (Aug. 4, 2011) |
| 161193 | Letter from Jacqueline Young, NLRB Freedom of Information Officer, to G. Roger King, Jones Day (Aug. 11, 2011) |
|  | Jones Day 2011 FOIA Request A (spreadsheet) |
|  | Jones Day 2011 FOIA Request C and E (spreadsheet) |
|  | Jones Day 2011 FOIA Request D (spreadsheet) |
|  | Jones Day 2011 FOIA Request H (spreadsheet) |
| 161199 | Letter from G. Roger King, Jones Day, under the Freedom of Information Act (Mar. 18, 2014) |
| 161206 | Letter from G. Roger King, Jones Day, under the Freedom of Information Act (Mar. 27, 2014) |
| 161209 | Letter from Eric Moskowitz, Acting Freedom of Information Officer to G. Roger King, Jones Day (Apr. 2, 2014) |
| 161214 | Jones Day 2014 FOIA Request A, C, E, H, K, L and N |
|  | Jones Day 2014 FOIA Request A-1 (spreadsheet) |
| 161365 | Jones Day 2014 FOIA Request B |
|  | Jones Day 2014 FOIA Request D and G, FY 2005-2010 (spreadsheet) |
|  | Jones Day 2014 FOIA Request D and G, FY 2011-2013 (spreadsheet) |
| 161366 | Jones Day 2014 FOIA Request D and G, R Case Data FY 2001-2010 |
| 161367 | Jones Day 2014 FOIA Request D, G and H (dissent part 1) |
| 163227 | Jones Day 2014 FOIA Request D, G and H (dissent part 2) |
| 163316 | Jones Day 2014 FOIA Request F |
| 163317 | Jones Day 2014 FOIA Request I |
| 163318 | Jones Day 2014 FOIA Request J |

**Section E.      NLRB Manuals, Forms, Memos, Reports, and Data**

| Bates No. | Description |
|---|---|
| 163319 | Annual Report of the NLRB for FY ending 1959 |
| 163518 | Annual Report of the NLRB (2000), Table 23 |
| 163520 | Annual Report of the NLRB (2001), Table 23 |
| 163522 | Annual Report of the NLRB (2002), Table 23 |
| 163524 | Annual Report of the NLRB (2003), Table 23 |
| 163526 | Annual Report of the NLRB (2004), Table 3B |
| 163528 | Annual Report of the NLRB (2004), Table 23 |
| 163530 | Annual Report of the NLRB (2005), Table 3B |
| 163532 | Annual Report of the NLRB (2005), Table 23 |
| 163534 | Annual Report of the NLRB (2006), Table 3B |
| 163536 | Annual Report of the NLRB (2006), Table 23 |
| 163538 | Annual Report of the NLRB (2007), Table 3B |
| 163540 | Annual Report of the NLRB (2007), Table 23 |
| 163542 | Annual Report of the NLRB (2008), Table 3B |
| 163544 | Annual Report of the NLRB (2008), Table 23 |
| 163546 | Annual Report of the NLRB (2009), Table 3B |
| 163548 | Annual Report of the NLRB (2009), Table 16 |
| 163553 | Annual Report of the NLRB (2009), Table 23 |
| 163555 | NLRB 2004 Performance and Accountability Report |
| 163648 | NLRB 2005 Performance and Accountability Report |
| 163742 | NLRB 2006 Performance and Accountability Report |
| 163830 | NLRB 2007 Performance and Accountability Report |
| 163920 | NLRB 2008 Performance and Accountability Report |
| 164019 | NLRB 2009 Performance and Accountability Report |
| 164103 | NLRB 2010 Performance and Accountability Report |
| 164187 | NLRB 2011 Performance and Accountability Report |
| 164279 | NLRB 2012 Performance and Accountability Report |
| 164377 | NLRB 2013 Performance and Accountability Report |
| 164469 | NLRB 2014 Performance and Accountability Report |
| 164595 | Chart -- Requests for Review Data 2000-2009 from Annual Reports |
| 164596 | Chart -- Number of Representation Case petitions filed 2001-2010 |
| 164598 | Chart – Representation Case Data 2001-2010 |
| 164599 | Chart -- Blocked Elections FY 2003-2011 (2011 partial year) |
| 164601 | Chart – Requests for Review Filed FY 12-14 |
| 164602 | Chart -- Scheduled Date for Pre-election Hearings 2013 |
| 164674 | Chart -- Pending Cases 2014 |
| 164675 | Executive Secretary's Memorandum No. 73-1, "Deadline for Dissents" (Jan. 15, 1973) |
| 164676 | Executive Secretary's Memorandum No. 74-5, "Revisions to Case Handling Procedures" (July 29, 1974) |
| 164678 | Executive Secretary's Memorandum No. 76-1, "Revisions to Case Handling Procedures" (Jan. 13, 1976) |

| | |
|---|---|
| 164680 | Executive Secretary's Memorandum No. 01-1, "Timely Circulation of Dissenting/Concurring-Opinions" (Jan. 19, 2001) |
| 164682 | Office of the General Counsel, Summary Report, Calendar Year 1961 (Dec. 29, 1961) |
| 164741 | Office of the General Counsel, Summary of Operations, Fiscal Year 1962 (June 30, 1962) |
| 164787 | GC Memorandum 93-16, "Major Accomplishments of the Office of the General Counsel Fiscal Years 1990-1993" (Nov. 24, 1993) |
| 164797 | GC Memorandum 98-1, "Report of Best Practices Committee—Representation Cases 10, 28 (Dec. 1997) |
| 164800 | GC Memorandum 02-02, "Impact Analysis Program Modification" (Dec. 6, 2001) |
| 164805 | GC Memorandum 03-01, "Summary of Operations (Fiscal Year 2002)" (Feb. 4, 2003) |
| 164812 | GC Memorandum 04-01, "Summary of Operations (Fiscal Year 2003)" (Dec. 5, 2003) |
| 164822 | GC Memorandum 05-01, "Summary of Operations (Fiscal Year 2004)" (Dec. 10, 2004) |
| 164833 | GC Memorandum 06-01, "Summary of Operations (Fiscal Year 2005)" (Nov. 28, 2005) |
| 164845 | GC Memorandum 07-03, "Summary of Operations (Fiscal Year 2006)" (Jan. 3, 2007) |
| 164856 | GC Memorandum 08-01, "Summary of Operations (Fiscal Year 2007)" (Dec. 5, 2007) |
| 164870 | GC Memorandum 09-03, "Summary of Operations (Fiscal Year 2008)" (Oct. 29, 2008) |
| 164884 | GC Memorandum 10-01, "Summary of Operations (Fiscal Year 2009)" (Dec. 5, 2009) |
| 164897 | GC Memorandum 11-03, "Summary of Operations (Fiscal Year 2010)" (Jan. 10, 2011) |
| 164910 | GC Memorandum 11-09, "Report on Midwinter Meeting of ABA Practice and Procedure Committee of the Labor and Employment Law Section" (Mar. 16, 2011) |
| 164932 | GC Memorandum 13-01, "Summary of Operations (Fiscal Year 2-2012" (Jan. 11, 2013) |
| 164944 | Graphs and Data from NLRB Public Website on Representation Elections (RC), Decertification Petitions (RD), and Employer Petitioned Elections (RM) (screenshot Aug. 3, 2011) |
| 164947 | Graphs and Data from NLRB Public Website on Percentage of Elections conducted in 56 days in FY 13 |
| 164948 | Graphs and Data from NLRB Public Website on Number of Petitions Filed in FY 13 |
| 164949 | Graphs and Data from NLRB Public Website on Median Size of Bargaining Units in Elections |
| 164951 | Graphs and Data from NLRB Public Website on Median Days from Petition to Election |

| | |
|---|---|
| 164953 | Memorandum from Chief of Staff Bob Schiff re: Public Availability of Initial Comments (Nov. 10, 2011) |
| 164963 | NLRB Casehandling Manual: Part One, Unfair Labor Practices § 10054.1 (Sept. 2003) |
| 164965 | NLRB Casehandling Manual: Part Two, Representation Proceedings § 11302.1 (excerpts from Oct. 1975, Apr. 1984, Sept. 1989, Aug. 1999 versions) |
| 164974 | NLRB Casehandling Manual: Part Two, Representation Proceedings (Aug. 2007) |
| 165307 | NLRB Division of Judges Bench Book § 8-220 (Aug. 2010) |
| 165309 | NLRB Form 502 (2-08), Petition |
| 165311 | NLRB Form 4812, Description of Procedures |
| 165312 | NLRB Form 5081, Commerce Questionnaire |
| 165314 | NLRB Form 5492 (8-95), Notice to Employees |
| 165315 | NLRB Guide for Hearing Officers in NLRB Representation Proceedings (June 1975) |
| 165317 | NLRB Guide for Hearing Officers in NLRB Representation and Section 10(k) Proceedings (Sept. 2003) |
| 165809 | NLRB Outline of Law and Procedure in Representation Cases (Aug. 2008) |
| 166256 | Operations-Management Memorandum 99-56, "Case Opening Letters" (Sept. 29, 1999) |
| 166276 | Spreadsheet -- Days from Petition to Election after DDE 2006-2010 |
| 166315 | Spreadsheet -- Number of Small Entities Impacted Using Smaller Industry Numbers |
| 166851 | Spreadsheet -- Number of Small Entities Impacted Using Larger Industry Numbers |
| 166856 | Spreadsheet -- Regional Director Pre-election Decisions (Median) FY 11-13 |
| 166866 | Spreadsheet -- Pre-election Requests for Review issued (medians) FY 11-13 |
| 166879 | Spreadsheet -- Time to Dispose of Post-election Exceptions FY 11-13 |
| 166894 | Spreadsheet -- Days to Election Agreement FY 13 |
| 166924 | Spreadsheet -- List of Pre-election Hearings FY 13 |
| 166929 | Spreadsheet-- Pre-election Hearings Scheduled FY 13 |
| 167001 | Spreadsheet -- FY 13 Elections Held – Unit Size |
| 167065 | Spreadsheet -- FY 13 Elections with Objections Challenges with Post-Election Hearings |
| 167111 | Spreadsheet -- Post-election Actions (Reversals) FY 13 |
| 167155 | Spreadsheet – Representation Case Briefs in Nx Gen |
| 167160 | Spreadsheet -- Representation Case Exceptions actions |
| 167166 | Spreadsheet -- Representation Cases with Blocking Suspensions |
| 167178 | Spreadsheet -- Representation Cases Pending for 365 Days |
| 167181 | Table of Election Related Rule Changes Published in the Federal Register, 1939-2010 |

**Section F.     Books, Papers, and Law Review Articles**

| Bates No. | Description |
|---|---|
| 167183 | R. Alexander Acosta, *Rebuilding The Board: An Argument For Structural Change, Over Policy Prescriptions, At The NLRB*, 5 FIU L. Rev. 347 (2010) |
| 167194 | American Bar Association, Section of Administrative Law and Regulatory Practice, *A Blackletter Statement of Federal Administrative Law*, 54 Admin L. Rev. 1 (2002) |
| 167243 | Craig Becker, *Democracy in the Workplace: Union Representation Elections and Federal Labor Law*, 77 Minn. L. Rev. 495 (1993) |
| 167313 | Merton C. Bernstein, *The NLRB's Adjudication-Rule Making Dilemma Under the Administrative Procedure Act*, 79 Yale L.J. 571 (1970) |
| 167365 | Stephen J. Blumberg, Ph.D., & Julian V. Luke, *Wireless Substitution: Early Release of Estimates From the National Health Interview Survey, July-December 2010* (June 8, 2011) |
| 167382 | Stephen J. Blumberg, Ph.D., & Julian V. Luke, *Wireless Substitution: Early Release of Estimates From the National Health Interview Survey, January-June 2013* (Dec. 20, 2013) |
| 167401 | Kate Bronfenbrenner, *No Holds Barred: The Intensification of Employer Opposition to Organizing* (EPI Briefing Paper 2009) |
| 167434 | Kate Bronfenbrenner & Dorian Warren, *The Empirical Case for Streamlining the NLRB Certification Process: The Role of Date of Unfair Labor Practice Occurrence* (ISERP Working Paper 2011) |
| 167446 | Carleton M. Crick, *The Final Judgment Rule as a Basis for Appeal*, 41 Yale L.J. 539 (1932) |
| 167474 | Samuel Estreicher, *Policy Oscillation at the National Labor Relations Board: A Plea for Rulemaking*, 37 Admin. L. Rev 163 (1985) |
| 167494 | Samuel Estreicher, *Improving the Administration of the National Labor Relations Act Without Statutory Change*, 25 ABA J. Lab. & Emp. L. (2009) |
| 167511 | John-Paul Ferguson, *The Eyes of the Needles: A Sequential Model of Union Organizing Drives*, *1999-2004*, 62 Indus. & Lab. Rel. Rev. 3 (Oct. 2008) |
| 167530 | Leon Festinger & James M. Carlsmith, *Cognitive Consequences of Forced Compliance*, Journal of Abnormal Psychology, Vol. 58, 203 (1959) |
| 167538 | Catherine L. Fisk & Deborah C. Malamud, *The NLRB in Administrative Law Exile: Problems With Its Structure and Function and Suggestions For Reform*, 58 Duke L.J. 2013 (2009) |
| 167591 | Susannah Fox & Lee Rainie, *The Web at 25 in the U.S.*, Pew Research Center (Feb. 27, 2014) |
| 167594 | Theodore D. Frank, *Requiem for the Final Judgment Rule,* 45 Texas. L. Rev. 292 (1966) |
| 167624 | Julius G. Getman, et. al., Union Representation Elections: Law and Reality (1976) (excerpt) |
| 167627 | Mark H. Grunewald, *NLRB's First Rulemaking: An Exercise In Pragmatism,* 41 Duke L.J. 274 (1991) |

| | |
|---|---|
| 167668 | See John E. Higgins, Jr., The Developing Labor Law 540, 595-607 (5th ed. 2006) |
| 167683 | Fenn C. Horton, III, *The Requirement of Due Process in the Resolution of Objections to NLRB Representation Elections*, 10 J. Corp. L. 493 (1985) (excerpt) |
| 167699 | Kenneth Kahn, *The NLRB and Higher Education: The Failure of Policymaking Through Adjudication* 21 UCLA L. Rev. 63 (1973-74) |
| 167817 | John J. Lawler, *Unionization and Deunionization* (1990) (excerpt) |
| 167821 | John Logan, Erin Johansson, & Ryan Lamare, *New Data: NLRB Process Fails to Ensure A Fair Vote,* Univ. of California, Berkeley, Center for Labor Research and Education Research Brief (June 2011) |
| 167833 | Jeffrey S. Lubbers, *The Potential of Rulemaking by the NLRB*, 5 Florida Int'l Univ. L. Rev. 411 (2010) |
| 167855 | Joseph P. Mastrosimone, *Limiting Information in the Information Age: The NLRB's Misguided Attempt to Squelch Employer Speech*, 52 Washburn L. J. 473 (2013) |
| 167900 | Charles J. Morris, *The NLRB In The Dog House—Can An Old Board Learn New Tricks?*, 24 San Diego L. Rev. 9 (1987) |
| 167931 | Cornelius J. Peck, *The Atrophied Rule-Making Powers Of The National Labor Relations Board*, 70 Yale L.J. 729 (1961) |
| 167958 | Cornelius J. Peck, *A Critique Of The National Labor Relations Board's Performance In Policy Formulation: Adjudication And Rule-Making,* 117 U. Pa. L. Rev. 254 (1968) |
| 167976 | David L. Shapiro, *The Choice Of Rulemaking Or Adjudication In The Development Of Administrative Policy*, 78 Harv. L. Rev. 921 (1965) |
| 168010 | Carl S. Silverman, *The Case for the National Labor Relations Board's Use of Rulemaking in Asserting Jurisdiction*, 25 Lab. L. J. 607 (1974) |
| 168021 | Berton B. Subrin, *Conserving Energy at the Labor Board: The Case for Making Rules on Collective Bargaining Units*, 32 Lab. L.J. 105 (1981) |
| 168030 | Berton B. Subrin, *The NLRB's Blocking Charge Policy: Wisdom or Folly?*, Labor L. J., Vol. 39, No. 10 (October 1988) |
| 168042 | U.S. Chamber of Commerce, *Responding to Union Rhetoric: The Reality of the American Workplace – Union Studies on Employer Coercion Lack Credibility and Integrity (*White Paper 2009) |

**Section G.    Unpublished NLRB Decisions and Orders**

| Bates No. | Description |
|---|---|
| 168054 | *Ashland Nursing & Rehabilitation Center*, 5-RC-16580 (May 31, 2011) |
| 168056 | *Banner Services Corp.,* 13-RC-21983 (May 25, 2011) |
| 168058 | *Caritas Carney Hospital*, 1-RC-22525 (May 18, 2011) |
| 168060 | *FJ Foodservice,* 21-RC-21310 (Dec. 30, 2011) |
| 168062 | *Geralex Janitorial Services,* 13-RC-106888  (Sept. 12, 2013) |
| 168063 | *King Soopers,* 27-RC-104452 (Sept. 13, 2013) |
| 168064 | *Mercedes-Benz of Anaheim*, 21-RC-21275 (May 18, 2011) |
| 168066 | *Multiband, Inc.,* 7-RC-23336 (Oct. 26, 2011) |
| 168069 | *Northwestern University,* 13-RC-121359 (Apr. 24, 2014) |
| 168070 | *Pepsi-Cola Bottling Co. of Winchester, KY*, 9-RC-110313 (Sept. 18, 2013) |
| 168071 | *Ruan Transport Co.*, 13-RC-21909 (Nov. 30, 2010) |
| 168073 | *Southern Bakeries,* 26-RD-081637 (Mar. 31, 2014) |
| 168075 | *The Geist Co.*, 8-RC-17056 (Dec. 1, 2011) |
| 168077 | *The Memorial Hospital of Salem County*,  4-RC-21697 (Aug 3, 2011) |
| 168080 | *Unifirst Corp.*, 5-RC-15052 (Aug 16, 2000) |

**Section H.      Legislative Materials**

| Bates No. | Description |
|---|---|
| 168081 | Sen. Comm. on Judiciary, Comparative Print on Revision of S. 7, 79th Cong., 1st Sess. 1, 7 (June 1945) |
| 168083 | S. Rep. No. 752, 79th Cong., 1st Sess. (Nov. 19, 1945) |
| 168131 | 93 Cong. Rec. 3950 (Apr. 23, 1947) (statement of Sen. Taft) |
| 168144 | 93 Cong. Rec. 7000 (June 12, 1947) (Supplementary Analysis of Labor Bill as Passed) |
| 168150 | S. Doc. No. 10, 86th Cong., 1st Sess. (Jan. 28, 1959) (Message from the President) |
| 168155 | S. Rep. No. 187, 86th Cong., 1st Sess. (Apr. 14, 1959) |
| 168275 | 105 Cong. Rec. 5359 (Apr. 15, 1959) (statement of Sen. Kennedy) |
| 168279 | 105 Cong. Rec. 5770 (Apr. 21, 1959) (statement of Sen. Kennedy) |
| 168281 | S. 1555, 86th Cong., 1st Sess. § 705 (Apr. 25, 1959) |
| 168283 | H. Rep. No. 741, 86th Cong., 1st Sess. (July 30, 1959) |
| 168390 | 105 Cong. Rec. 16629 (Sept. 4, 1959) (statement of Rep. Barden) |
| 168393 | 105 Cong. Rec. A8062 (Sept. 12, 1959) (statement of Rep. Barden) |
| 168396 | 105 Cong. Rec. A8509 (Oct. 2, 1959) (statement of Sen. Goldwater) |
| 168415 | Letter from NLRB Solicitor William Feldesman to Sen. James O. Eastland, Chairman, Senate Judiciary Committee (May 11, 1965) |
| 168424 | S. Rep. No. 1234, 89th Cong., 2d Sess. 12-13 (June 6, 1966) |
| 168427 | 124 Cong. Rec. 7652 (Mar. 20, 1978) (side by side comparison of House and Senate versions) |
| 168431 | Congressional Research Service, Digest of Bills & Resolutions, 95th Cong., 2nd Sess. 501-02 (1979) |
| 168434 | S. Rep. No. 930, 96th Cong., 2d Sess. (Sept. 8, 1980) |
| 168521 | H.R. 4800, 101st Cong.. 2d Sess. (May 10, 1990) |
| 168523 | H.R. 503, 102nd Cong., 1st Sess. (Jan. 11, 1991) |
| 168525 | H.R. 689, 103rd Cong., 1st Sess. (Jan. 27, 1993) |
| 168533 | S. 1529, 103rd Cong., 1st Sess. (Oct. 7, 1993) |
| 168535 | S. 778, 104th Cong., 1st Sess. (May 9, 1995) |
| 168537 | S. Rep. No. 335, 105th Cong., 2nd Sess. (Sept. 17, 1998) |
| 168544 | U.S. Sen. Conrad Burns Holds Hearing on Privacy on the Internet, Sen. Comm. On Commerce, Subcomm. on Communications, 106th Cong., 1st Sess., 1999 WL 542117 (July 27, 1999) (transcript) |
| 168609 | Statement of Stephen Brobeck, Hearing on Fair Credit Credit Act and Identity Theft, House Fin. Services Comm., 2003 WL 21541527 (July 9, 2003) (prepared testimony) |

**Section I.     Other Materials**

| Bates No. | Description |
|---|---|
| 168619 | Administrative Conference of the United States, Recommendation 2011-1, Legal Considerations in E-Rulemaking (adopted June 16, 2011) |
| 168625 | Administrative Conference of the United States, Recommendation 2011-2, Rulemaking Comments (adopted June 16, 2011) |
| 168630 | 75 Am. Jur. 2d Trial § 353 (2d ed. 2015) |
| 168632 | Shelly Banjo, "Home Depot Hackers Exposed 53 Million Email Addresses," Wall St. J. (Nov. 6, 2014) |
| 168635 | Bureau of Labor Statistics, Consumer Expenditure Survey: Spending on Cell Phone Services Has Exceeded Spending on Residential Phone Services (webpage last modified Jan. 14, 2009) |
| 168638 | Bureau of Labor Statistics, Occupational Employment Survey (May 2013) |
| 168668 | Columbia Telecommunications Corp., "The Impact of Broadband Speed and Price on Small Business" (Nov. 2010) (study for Small Business Administration, Office of Advocacy) |
| 168818 | Daily Labor Report, "Number of NLRB Elections Held in 2010 Increased Substantially From Previous Year" (May 3, 2011) |
| 168826 | Defenders of Wildlife, Basic Facts About Florida Manatees (webpage) |
| 168828 | Department of Health and Human Services, Standards for Privacy of Individually Identifiable Health Information, Proposed Rule, 64 Fed. Reg. 59918-01 (Nov. 3, 1999) |
| 169082 | Department of Labor, Office of Labor-Management Standards, Conducting Local Union Officer Elections: A Guide for Election Officials (2010) |
| 169175 | Department of Labor, Temporary Non-Agricultural Employment of H-2B Aliens in the United States, Final Rule, 77 Fed. Reg. 10038 (Feb. 21, 2012) |
| 169321 | Department of Justice, Attorney General 's Manual on the Administrative Procedure Act 17, 19 (1947) |
| 169324 | Department of Justice, Overview of the Privacy Act (2012) |
| 169623 | Executive Order 13563, 76 Fed. Reg. 3821 (Jan. 18, 2011) |
| 169626 | Executive Order 13579, 76 Fed. Reg. 41587 (July 11, 2011) |
| 169630 | Federal Communications Commission, Kids Zone, The History of Answering Machines (June 24, 2004) (webpage) |
| 169632 | Federal Communications Commission, Events, "CTIA, Consumers Union and the FCC to Announced New Industry Guidelines" (Oct. 17, 2011) |
| 169634 | Federal Communications Commission, Press Release, "Commissioner Michael J. Copps Statement on the Bill Shock Industry Guidelines" (Oct. 17, 2011) |
| 169635 | Federal Communications Commission, Press Release, "Statement of Commissioner Mignon l. Clyburn on CTIA Guidelines to Alert Mobile Customers About Service Overages" (Oct. 17, 2011) |
| 169636 | Federal Communications Commission, Press Release, "FCC Marks Milestone in Effort to Eliminate 'Bill Shock'" (Apr. 18, 2013) |
| 169638 | Federal Judicial Center, Judges' Class Action Notice and Claims Process |

|  | Checklist and Plain Language Guide (2010) |
|---|---|
| 169648 | Julius Genachowski, Speech to the Brookings Institution at Bill Shock Event  (Oct. 17, 2011) |
| 169651 | Labor Relations Institute, LRI Online, Union Avoidance Consultants (webpage) |
| 169653 | Labor Relations Institute, LRI Online, Union Avoidance Data (webpage) |
| 169655 | National Institute of Standards and Technology, Guide to Protecting the Confidentiality of Personally Identifiable Information (PII),  Special Publication 800-122" (Apr. 2010) |
| 169714 | The Neilson Company, "U.S. Teen Mobile Report Calling Yesterday, Texting Today, Using Apps Tomorrow" (October 14, 2010) |
| 169719 | Office of Management and Budget, Responsibilities for the Maintenance of Records about Individuals by Federal Agencies, Circular No. A-108, 40 Fed. Reg. 28948 (July 9, 1975) |
| 169751 | Pew Research Center, Mobile Technology Fact Sheet (Jan. 2014) |
| 169757 | Regulatory Information Service Center, Introduction to the Unified Agenda of Federal Regulatory and Deregulatory Actions, 79 Fed. Reg. 896 (Jan.7, 2014) |
| 169972 | Royal Pingdom Tech Blog, "Email vs. Snail Mail (Infographic)" (Sept. 29, 2010) |
| 169977 | Rules of the Supreme Court of the United States, Rule 10 (eff. Feb. 16, 2010) |
| 169980 | Small Business Administration, SBA Size Standards Methodology (April 2009) |
| 170041 | Small Business Administration, Office of Advocacy, A Guide for Government Agencies: How to Comply with the Regulatory Flexibility Act (June 2010) (excerpts) |
| 170045 | Small Business Administration, FAQs: Frequently Asked Questions, Advocacy Small Business Statistics and Research (webpage screenshot on Jan. 9, 2012) |
| 170050 | Small Business Administration, Table of Small Business Size Standards Matched to North American Industry Classification System Codes   (eff. as of July 14, 2014) |
| 170096 | U.S. Census Bureau,  Census Questionnaire Content, 1990 CQC-26, Telephone and Vehicle Availability (Jan. 1994) |
| 170098 | U.S. Census Bureau, 2000 Census of Population and Housing (2003) |
| 170708 | U.S. Census Bureau, Number of Firms, Number of Establishments, Employment, Annual Payroll, and Estimated Receipts by Enterprise (2007) |
| 171307 | U.S. Census Bureau, Total Establishments in Major Industries by North American Industry Classification System (NAICS) Codes (2009) |
| 171308 | U.S. Census Bureau, Definitions for Statistics of U.S. Businesses (rev. Apr. 3, 2013) (website) |
| 171310 | U.S. Commission on the Future of Worker-Management Relations, "The Dunlop Commission on the Future of Worker-Management Relations: Final Report" (1994) |
| 171340 | United States District Court for D.C., Notice Regarding Privacy and Public |

|        | Access to Electronic Civil Case Files (Sept. 2004) (webpage) |
|--------|--------------------------------------------------------------|
| 171342 | The White House, Fact Sheet on Financial Privacy and Consumer Protection (May 4, 1999) |
| 171344 | Wikipedia, "Manatee" (last modified Nov. 14, 2014) |