## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:15-CV-9 |
| NATIONAL LABOR RELATIONS BOARD, | ) ) | Judge Amy Berman Jackson |
| Defendant. | ) ) ) | |

## UNOPPOSED MOTION OF DEFENDANT
## FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant National Labor Relations Board ("NLRB") respectfully moves this Court for leave to file the attached Notice of Supplemental Authority in support of the NLRB's Partial Motion to Dismiss and Cross-Motion for Summary Judgment [ECF No. 22]. The Notice briefly explains how a recent decision of this Court dated May 7, 2015, applies to a litigated issue in this case.

Pursuant to Local Civil Rule 7(m), counsel for the NLRB contacted counsel for Plaintiffs and determined that none of the Plaintiffs object to this filing. NLRB counsel will not object to any responses by Plaintiffs.

WHEREFORE, the Board respectfully requests that this Court grant the instant Motion.

Respectfully submitted,

/s/ Nancy E. Kessler Platt
NANCY E. KESSLER PLATT
*Deputy Assistant General Counsel for*
*Contempt, Compliance, and Special*
   *Litigation*

DAWN L. GOLDSTEIN
KEVIN P. FLANAGAN
*Supervisory Attorneys*

National Labor Relations Board
1099 14th Street, NW, Suite 10700
Washington, D.C. 20570
Phone: (202) 273-2937
Fax: (202) 273-4244
E-mail: Nancy.Platt@nlrb.gov
D.C. Bar No. 425995

Dated: May 11, 2015
Washington, D.C.