## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:15-CV-9 Judge Amy Berman Jackson |
| NATIONAL LABOR RELATIONS BOARD, | ) ) | |
| Defendant. | ) ) ) | |

### <u>ORDER</u>

Defendant having filed with this Court a motion for leave to file supplemental authority and the Court having reviewed same,

**IT IS HEREBY ORDERED** that the Defendants' Motion for Leave to File Notice of Supplemental Authority be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiffs may file a response to the Notice of Supplemental Authority.

Dated: May __, 2015

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE